UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                 Case No. 19-55612

COLLONEAL PINKSTON, and           Chapter 13
CHARLA TIMES-PINKSTON,

                                                   Judge Thomas J. Tucker

            Debtors.
_____/

### ORDER DISMISSING CASE AS TO DEBTOR COLLONEAL PINKSTON ONLY, DUE TO HIS DEATH

       On June 21, 2021, the Court entered an order entitled "Order Requiring Debtor Charla Times-Pinkston and/or the Personal Representative of the Estate of Colloneal Pinkston to Show Cause in Writing Why this Case Should Not Be Dismissed as to Debtor Colloneal Pinkston Only, Due to His Death" (Docket # 43, the "Show-Cause Order"), which provided, in relevant part:

> IT IS ORDERED that no later than July 6, 2021, the Debtor Charla Times-Pinkston, and/or the personal representative of the deceased Debtor Colloneal Pinkston, must show cause in writing why the Court should not dismiss this case as to Debtor Colloneal Pinkston, only, under Fed. R. Bankr. P. 1016, due to his death. Such a dismissal would leave the case of the joint debtor, Charla Times-Pinkston, pending

       No one has filed a response to the Show-Cause Order.

       Accordingly,

       IT IS ORDERED that this bankruptcy case is dismissed under Fed.R.Bankr.P. 1016, as to the Debtor Colloneal Pinkston only.

**Signed on July 7, 2021**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**